FORM 4

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SENECA FOODS CORPORATION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant. : | Case No. 22-00243 <br><br> **SUMMONS** |

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiffs' attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Mario Toscano
Clerk of the Court

James M. Smith
Kwan Woo (Kwan) Kim

COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
jmsmith@cov.com
202-662-5550
*Counsel to Plaintiff*