UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN

| | |
|---|---|
| SENECA FOODS CORPORATION, )<br>)<br>            Plaintiff, )<br>)<br>     v. )<br>)<br>UNITED STATES, )<br>)<br>            Defendant. )<br>) | Court No. 22-00243 |

### PLAINTIFF'S UNOPPOSED MOTION FOR ORAL ARGUMENT

Pursuant to Rule 7(c) of the Rules of the Court of International Trade, Seneca Foods Corporation ("Seneca") hereby moves for oral argument with respect to its Rule 56.1 Motion for Judgment on the Agency Record (ECF No. 31).

Oral argument is appropriate in this case for several reasons. Seneca made the underlying orders at issue in this case—and paid millions of dollars in tariffs—over two years ago. Resolution of this matter is important to Seneca and its business operations. This case also presents important questions about the manner in which Commerce administers the Section 232 tariff exclusion process as a whole. While the briefing has been extensive, oral argument would allow for a deeper analysis of the relevant issues, especially those issues of particular interest to the Court.

Plaintiff has consulted with Defendant regarding this motion, and Defendant takes no position and defers to the Court's discretion as to whether argument is necessary or desirable.

For these reasons, Seneca respectfully requests that this Motion be granted and that the Court schedule oral argument on the earliest date convenient for the Court. A proposed order is submitted herewith.

                                            Respectfully submitted:

                                            */s/ James M. Smith*
                                            James M. Smith
                                            Thomas Brugato
                                            Kwan Woo (Kwan) Kim
                                            Brock M. Mason
                                            COVINGTON & BURLING LLP
                                            850 Tenth Street, NW
                                            Washington, DC 20001-4956
                                            (202) 662-6000
                                            jmsmith@cov.com
                                            tbrugato@cov.com
                                            kkim@cov.com
                                            bmason@cov.com

May 22, 2023                                    *Counsel for Plaintiff Seneca Foods Corporation*

## CERTIFICATE OF COMPLIANCE

Pursuant to Chambers Procedure 2(B)(2), the undersigned certifies that Plaintiff Seneca Foods Corporation's Motion for Oral Argument contains 183 words as computed by Covington & Burling's word processing system, excluding those portions that do not count toward the word limitation, and thus complies with the Court's Chambers Procedures.

*/s/ James M. Smith*
James M. Smith
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
jmsmith@cov.com

May 22, 2023                           *Counsel for Plaintiff Seneca Foods Corporation*

# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE GARY S. KATZMANN

|  |  |
|---|---|
| SENECA FOODS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | Court No. 22-00243 |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for Oral Argument, and all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that oral argument in the above-captioned case is scheduled for _____.

**SO ORDERED.**

Dated: _____                                                     _____
New York, NY                                                                                             JUDGE

4