IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| _____ ) | |
| SENECA FOODS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 22-00243 |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>ORDER</u>

On consideration of defendant's motion for an extension of time of 31 days for the

Department of Commerce to file its remand results, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the Department of Commerce shall file its remand results no later than

April 1, 2024.

SO ORDERED.


Dated:_____, 2024                    _____
      New York, N.Y.                                              JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

_____
                                          )
SENECA FOODS CORPORATION,                 )
                                          )
    Plaintiff,                            )
                                          )       Court No. 22-00243
    v.                                    )
                                          )
UNITED STATES,                            )
                                          )
    Defendant.                            )
_____ )

DEFENDANT'S MOTION FOR AN
EXTENSION OF TIME TO PROVIDE REMAND RESULTS

Pursuant to Rule 6 of the Rules of the United States Court of International Trade, defendant, the United States, respectfully requests that the Court grant us a 31-day extension of time, to and including April 1, 2024, for the Department of Commerce to complete and file its remand decisions in this action. Remand results are presently due on or before March 1, 2024. ECF No. 52. We have previously sought one extension for a 45-day extension of time for this purpose. On February 23, 2024, counsel for plaintiff, Seneca Foods Corporation (Seneca), indicated that Seneca opposes this request for an extension of time.

Good cause supports our request. As the Court is aware, this case concerns Commerce's decisions denying eight requests to be excluded from paying Section 232 duties. We sought a voluntary remand for two of those requests, and on October 18, 2023, the Court remanded all of the requests to Commerce for further explanation and reconsideration. The Court originally ordered that Commerce file its remand results within 90 days of the Court's order. We sought a 45-day extension of time to that deadline, which the Court granted.

Despite its best efforts, Commerce requires additional time to complete the remand. Since requesting our first extension of time, Commerce has made considerable progress in resolving the remanded exclusion requests. Commerce has thoroughly reviewed the administrative record and draft recommendations have been prepared by the International Trade Administration (ITA). Once ITA's recommendations have been finalized, Commerce will begin its national security review and then the decision stage will occur.

Although Commerce had hoped to complete the remand by the Court's March 1, 2024 deadline, Commerce devoted more time and resources than expected to working on a remand in *California Steel Industries, Inc. v. United States*, No. 21-00015 (Ct. Int'l Trade), which consisted of 193 exclusion requests. Commerce filed its remand results in *California Steel* on February 9, 2024, which will allow Commerce to allocate more of its limited resources to completing the remand in this case.

For these reasons, we respectfully request that the Court grant this motion for a 31-day extension of time, to and including April 1, 2024, to file remand results in this case.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Kyle S. Beckrich
KYLE S. BECKRICH
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch

P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-9322
Email:  Kyle.Beckrich@usdoj.gov

February 23, 2024                    *Attorneys for Defendants*