UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE GARY S. KATZMANN

|  |  |
|---|---|
| SENECA FOODS CORPORATION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Court No. 22-00243 |
| v. | ) <br> ) |
| UNITED STATES, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S COMMENTS ON REMAND RESULTS**

Plaintiff Seneca Foods Corporation ("Seneca") opposes Defendant United States' May 13, 2024, Motion for an Extension of Time to File Reply to Plaintiff's Comments on Remand Results. *See* ECF No. 63. For the reasons set forth below, this motion should be denied.

Defendant has failed to show good cause for extending the deadline for it to file its reply to Seneca's comments on the remand results in this action. Seneca previously consented to Defendant's 45-day extension request to file the remand results in this action, but indicated that it would not consent to further delays in the remand schedule.[1] ECF No. 51. Seneca accordingly opposes this motion seeking a further extension of the schedule.

Defendant's justification for this additional extension of time is that lead counsel assigned to this matter is on parental leave through June, and counsel responsible for preparing Defendant's reply comments has prescheduled annual leave from May 17 to 28. ECF No. 63 at 1-2. These

---

[1] Seneca opposed Defendant's second extension request to file its remand results. ECF No. 54. While the Court granted Defendant's second extension request, it noted that it "will not grant any further extensions of time for the remand results absent a showing of extraordinary circumstances." ECF No. 55.

1

leaves do not meet the good cause standard. To the extent that the parental leave and prescheduled annual leave were planned and thus foreseeable, Defendant could have either avoided the repeated prior delays that created this scheduling conflict or staffed the case differently. Defendant's reply comment deadline was originally scheduled for March 18, 2024, then extended at Defendant's request until May 1, 2024, and then extended again over Seneca's objection until June 1, 2024. *See* ECF Nos. 50, 52, and 55. As explained in Seneca's previous submissions, this case is exceedingly straightforward, such that additional time for comments should not be required. Seneca has waited long enough for resolution and should not be forced to face additional delays.

For these reasons, Seneca respectfully requests that the Court deny Defendant's May 13, 2024, Motion and proceed with the intervals for party comments that the Court adopted in its schedule issued on October 18, 2023. ECF No. 50.

                                                  Respectfully Submitted,

                                                  */s/ James M. Smith*
                                                  James M. Smith
                                                  Thomas Brugato
                                                  Kwan Woo (Kwan) Kim
                                                  Edward J. Thomas III

                                                  COVINGTON & BURLING LLP
                                                  850 Tenth Street, NW
                                                  Washington, DC 20001-4956
                                                  (202) 662-6000
                                                  jmsmith@cov.com
                                                  tbrugato@cov.com
                                                  kkim@cov.com
                                                  ejthomas@cov.com

May 13, 2024                                      *Counsel for Plaintiff Seneca Foods Corporation*

### UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE: THE HONORABLE GARY S. KATZMANN

| | |
|---|---|
| SENECA FOODS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 22-00243 |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant United States' motion for an extension of time of 14 days to file its reply to Plaintiff's comments on remand results, it is hereby

**ORDERED** that the motion is denied, and it is further

**ORDERED** that Defendant shall continue to file its reply to Plaintiff's comments on remand results no later than May 31, 2024.

**SO ORDERED**.

Dated: _____, 2024
New York, N.Y.

_____
Honorable Gary S. Katzmann, Judge