United States Court of International Trade
One Federal Plaza
New York, NY 10278



CHAMBERS OF
Gary S. Katzmann
JUDGE

October 21, 2024

James M. Smith
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956

Tara K. Hogan
U.S. Department of Justice
Commercial Litigation Branch, Civil Div.
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Re:   <u>Seneca Foods Corp. v. United States</u>
      Court No.: 22-00243

Dear Counselors:

The confidential opinion in the above-captioned case will also be issued as a public document with redactions. The court has double-bracketed information that has been designated as confidential in the underlying record. Out of an abundance of caution, I would like you to review the opinion and inform the court, by close of business on Tuesday, October 22, 2024, via ECF, of the following:

1. Whether any information not already in brackets is confidential and should be double-bracketed in the public version; or

2. Whether any information already in brackets is not confidential and should not be double-bracketed in the public version.

If you believe that any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

*/s/ Gary S. Katzmann*
Gary S. Katzmann
Judge