UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| SENECA FOODS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | Court No. 22-00243 |

### NOTICE OF APPEAL

Notice is hereby given that Seneca Foods Corporation, plaintiff in the above-captioned case, appeals to the United States Court of Appeal for the Federal Circuit the decision and judgment of the United States Court of International Trade entered in this action on October 21, 2024. *Seneca Foods Corporation. v. United States*, Ct. No. 22-00243, Slip Op. 24-117 (Ct. Int'l Trade Oct. 21, 2024), ECF No. 83, *as amended* via ECF No. 87; Judgment, *Seneca Foods Corporation v. United States*, Ct. No. 22-00243 (Ct. Int'l Trade Oct. 21, 2024), ECF No. 84.

                                              Respectfully Submitted,

                                              */s/ James M. Smith*
                                              James M. Smith
                                              Thomas Brugato
                                              Edward J. Thomas III

                                              **COVINGTON & BURLING LLP**
                                              850 Tenth Street, NW
                                              Washington, DC 20001-4956
                                              (202) 662-6000
                                              jmsmith@cov.com
                                              tbrugato@cov.com
                                              ejthomas@cov.com

Dated: December 20, 2024                     *Counsel for Plaintiff Seneca Foods Corporation*